JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| HECTOR CHAVEZ, JR., an individual; MABELL CHAVEZ, an individual<br><br>Plaintiffs,<br><br>v.<br><br>WELLS FARGO BANK, N.A.; JP MORGAN CHASE BANK, N.A.; TRUSTEE CORPS; AND DOES 1 THROUGH 10, INCLUSIVE,<br><br>Defendants. | Case No. 2:16-cv-04469-~~CAS~~(AFMx) **RGK**<br>~~Assigned to Hon. Christina A. Snyder~~<br><br>**[~~PROPOSED~~] JUDGMENT**<br><br>Complaint filed: April 11, 2016<br>Removal date: June 21, 2016<br>Trial date: Not yet set |

-1-
[PROPOSED] JUDGMENT

## [PROPOSED] JUDGMENT

On September 21, 2016, this Court granted Defendants Wells Fargo Bank, N.A., as Trustee for WAMU Mortgage Pass Through Certificates Series 2006-PR4 Trust's, erroneously sued as Wells Fargo Bank, N.A., and JPMorgan Chase Bank, N.A.'s (collectively "Defendants") Motion to Dismiss the Plaintiffs Hector Chavez, Jr. and Mabell Chavez's ("Plaintiffs") Complaint without leave to amend as to the First through Fourth Causes of Action, and with 30 days leave to amend as to the Fifth Cause of Action for breach of the covenant of good faith and fair dealing. [Dkt. 16] Plaintiffs have indicated that they do not intend to file an Amended Complaint.

Given the foregoing, **IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that this action is DISMISSED WITH PREJUDICE. A final JUDGMENT OF DISMISSAL is hereby entered against Plaintiffs and in favor of Defendants. Plaintiffs shall take nothing by way of any claims against Defendants, and Defendants are entitled to recover their costs of suit.

**IT IS SO ORDERED.**


Dated: October 24, 2016

*[signature: Gary Klausner]*

The Honorable ~~Christina A. Snyder~~
R. Gary Klausner